# United States District Court

District of Utah, Central Division

TODD ANDRA,

        Plaintiff,           **JUDGMENT IN A CIVIL CASE**

        v.

MOBILEONE LLC,          Case Number: 2:23-CV-188-AMA-DAO

        Defendant.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendant and against Plaintiff.

Dated: September 29, 2025.          By the Court:

        Ann Marie McIff Allen
        United States District Judge